**Dismissed and Memorandum Opinion filed February 1, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00423-CV**

---

**ERIC GREER, Appellant**

**V.**

**SUJIT SAMUEL, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1170993**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed July 23, 2021. The clerk's record was filed July 29, 2021. Appellant did not request a reporter's record. No brief was filed.

On October 19, 2021, this court issued an order stating that unless appellant filed a brief on or before November 18, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Poissant.